# Frankfurt Kurnit Klein + Selz PC

**Edward H. Rosenthal**

488 Madison Avenue, New York, New York 10022

T (212) 826 5524     F (347) 438 2114

erosenthal@fkks.com

March 9, 2015

**BY FACSIMILE (212-805-7928) and ECF**

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 706
New York, New York 10007

Honorable Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 17D
New York, New York 10007

Re:   *Young-Wolff v. John Wiley & Sons, Inc.*, No. 12-cv-5230 (JPO) (MHD)
      *Warren v. John Wiley & Sons, Inc.*, No. 12-cv-5070 (JPO) (MHD)

Dear Judge Oetken and Magistrate Judge Dolinger:

We represent defendant John Wiley & Sons, Inc. ("Wiley") in the above-captioned matters. We write in response to Plaintiffs' letter to the Court, dated March 6, 2015, regarding summary judgment briefing in the two cases. While Wiley disputes Plaintiffs' characterization of nearly every issue raised in the letter, and will respond as necessary at the appropriate time, Wiley writes to inform the Court it does not oppose Plaintiffs' request to adjourn summary judgment briefing.

Respectfully submitted,

Edward H. Rosenthal

cc:   Kevin McCulloch, Esq. (via ECF)
      Danial A. Nelson, Esq. (via ECF)