IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. WARREN,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN WILEY & SONS, INC.,<br><br>    Defendant. | Case No. 12-cv-5070 (JPO) (MHD)<br><br>Hon. J. Paul Oetken<br><br>ECF CASE<br>Electronically Filed |

**NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Kevin McCulloch in support thereof, and also upon the pleadings and filings in this action, Plaintiff William J. Warren, by and through undersigned counsel, hereby will and does move this Court, before the Honorable J. Paul Oetken, United States District Judge, for an order enforcing the settlement agreement relating to his claims in suit against Defendant John Wiley & Sons, Inc. and for an award of any costs and attorneys' fees incurred in bringing this motion.

Dated: March 10, 2015

Kevin P. McCulloch
NELSON & MCCULLOCH LLP
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178
kevin@nmiplaw.com
*Counsel for Plaintiff*