# Kevin Mcculloch

| | |
|---|---|
| **From:** | Kadyshevich, Anna <AKadyshevich@fkks.com> |
| **Sent:** | Monday, November 18, 2013 4:29 PM |
| **To:** | Kevin McCulloch; 'Dan Nelson'; Sheena Martinez |
| **Cc:** | Rosenthal, Edward; Beeber, Jessie F.; Goldman, Beth |
| **Subject:** | Warren v. Wiley, 12-cv-5070 |
| **Attachments:** | 11.18.2013.pdf |

Counsel,

Please see the attached, which was served by hand today.

Best,
Anna


**Anna Kadyshevich** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, New York 10022
t: 212.705.4871 | f: 347.438.2192 | AKadyshevich@fkks.com

Frankfurt Kurnit Klein & Selz Disclaimer

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail and attached files from your system. Thank you.