# Kevin Mcculloch

| | |
|---|---|
| **From:** | Rosenthal, Edward |
| **Sent:** | Friday, February 13, 2015 10:27 AM |
| **To:** | 'kevin@nmiplaw.com' |
| **Cc:** | Kadyshevich, Anna |
| **Subject:** | RE: [BULK]  Re: Warren v. Wiley |

Kevin –

I have obtained authority to resolve this case for $■■■.

Ned


**Edward H. Rosenthal** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, New York 10022
t: 212.826.5524 | f: 347.438.2114 | erosenthal@fkks.com

**From:** kevin@nmiplaw.com [mailto:kevin@nmiplaw.com]
**Sent:** Thursday, February 12, 2015 10:06 PM
**To:** Rosenthal, Edward
**Cc:** Kadyshevich, Anna
**Subject:** [BULK] Re: Warren v. Wiley
**Importance:** Low


I have authority to reject your offer of $■■. We feel our last offer was already too low so we will not be making any further counter demands.

As to your potential next move, I don't have authority to come down to $■■■ and I will not recommend my client accept that amount. Of course I will take any offer to my client, but I don't see him accepting that amount at this stage given the expenses he's already incurred in this litigation.

If you get to $■■■, I will recommend it.
If you can get to $■■■, at this point, I can't imagine why Wiley can't/won't come up to $■■■ given that Wiley will incur more than the paltry $■■ difference in a heartbeat if we don't settle this week.

Let me know Wiley's final settlement position by early afternoon.


Sent via BlackBerry by AT&T

**From:** "Rosenthal, Edward" <erosenthal@fkks.com>
**Date:** Thu, 12 Feb 2015 20:01:45 +0000
**To:** Kevin McCulloch<kmcculloch@nelsonmcculloch.com>
**Cc:** Kadyshevich, Anna<AKadyshevich@fkks.com>
**Subject:** Warren v. Wiley

1

Kevin

I have authority to settle for $███████.  I think there is a little more room, but I need to work on getting approval.  My strong sense is that if Mr. Warren would agree to $███████, we can get this done.  I would like to have a sense as to whether this will work before I go back for authority.

Ned



**Edward H. Rosenthal** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, New York 10022
t: 212.826.5524 | f: 347.438.2114 | erosenthal@fkks.com

*Frankfurt Kurnit Klein & Selz Disclaimer*

*This e-mail message, including any attachments hereto, is not intended or written to be used, and cannot be used, by a taxpayer to (i) avoid tax penalties, or (ii) promote, market or recommend a transaction or matter to another person. It is intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail message or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail message in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail message and attached files from your system. Thank you.*