# Kevin Mcculloch

| | |
|---|---|
| **From:** | Kevin Mcculloch |
| **Sent:** | Wednesday, March 4, 2015 4:33 PM |
| **To:** | 'Edward Rosenthal'; 'Anna Kadyshevich'; Dan Nelson |
| **Subject:** | Warren Settlement |

Ned

As my email yesterday demonstrated, our settlement negotiations related only to claims involving the photo and uses in suit and not a general release. The emails also show that both parties' valuation of the settlement included only the claims in suit and not any value for a broader general release.

Both parties understood the terms of the release we were negotiating and we reached a clear meeting of the minds to settle for such a release of only the claims in suit for ██████. Since our negotiation and all discussions of the settlement amount related to the claims in suit only, there is no basis for Wiley to now demand a broader release that was not a term we previously discussed. We also never discussed any ongoing or new license and thus that also was not a part of the agreement we reached.

Please advise by tomorrow whether Wiley will remove these new terms from the settlement agreement. Otherwise, we will file a letter motion with the Court seeking to enforce the settlement and compel Wiley to make payment of the settlement amount.

If Wiley is interested in negotiating separately for an ongoing license or a general release, Mr. Warren is open to such a discussion. I have authority to grant Wiley a general release and a license to use the photo on all publications and products associated with "Five Dysfunctions" for $██████.


Kevin P. McCulloch
Attorney at Law
Nelson & McCulloch LLP
155 East 56th Street
New York, New York 10022
NY Office: (212) 355-6050
Direct/Cell: (646) 704-2278
Fax: (646) 308-1178

kevin@nmiplaw.com
www.nelsonmcculloch.com


CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Nelson & McCulloch LLP immediately and delete this message from your system.