**EXHIBIT 21**

*William James Warren*
*Photojournalism*
*Photoillustration*
5342 Don Ricardo Drive
Carlsbad, California 92010
760.438.0549
760.213.9986
wjwpix@earthlink.net

February 9, 2007

Adrian Morgan
JOHN WILEY & SONS
989 Market Street
San Francisco, CA 94103

# I N V O I C E

For one-time reproduction rights to the image: Executives Silhouetted:   $ 5000.00

CA Sales Tax:   387.50

--------------------

Total Due:   US$ 5387.50

Usage is limited to the Front Cover of: The Five Dysfunctions of a Team, of an indeterminate print run in hard cover and audio book editions, for worldwide English language distribution, for a term of ten years, on an exclusive basis for Business Books.

The copyright must read:  Copyright William James Warren 2007.  All other rights are reserved.  No electronic media rights are granted beyond display of the full cover.
A copy of the book is requested along with payment.

Terms: Net 30 Days.  Interest is charged at 2% per month on overdue accounts.

Thanks for the business!


William James Warren